```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

         -v.-                          ORDER OF FORFEITURE
                                    07 Cr. 357 (CM)

IQBAL MIRZA,

         Defendant.

- - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about April 26, 2007, Indictment 07 Cr. 357 (CM) (the "Indictment") was filed, charging Iqbal Mirza (the "defendant"), among others, with one count of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349 (Count One); and one count of health care fraud, in violation of 18 U.S.C. §§ 1347 and 2 (Count Two);

        WHEREAS, the Indictment included a forfeiture allegation seeking to forfeit all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in the Indictment, including but not limited to, a sum of money equal to approximately $2,100,000 in United States currency, representing the proceeds obtained as a result of the offenses charged in the Indictment;

        WHEREAS, on or about December 21, 2007, the defendant Iqbal Mirza pled guilty to the Indictment and agreed to forfeit $1,100,000 in U.S. currency; and

        WHEREAS, on or about May 27, 2008, the defendant was sentenced and ordered to forfeit $1,100,000 in United States

Currency, representing the amount of proceeds obtained as a result of the offenses charged in the Indictment for which she pled guilty;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in the Indictment, for which the Defendant pled guilty, a money judgment in the amount of $1,100,000 shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, IQBAL MIRZA, at the time of sentencing and shall be made part of the sentence of said Defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals

Service", and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney, Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       July 2, 2008

SO ORDERED:

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE