> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/21/08

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**7 DEY STREET**
**SUITE 804**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9940
FAX: 212-941-9947

*MEMO ENDORSED*

July 17, 2008

7/21/08
Surrender date is
Extended to October 20, 2008

*[signed] Colleen McMahon*

BY HAND
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Iqbal Mirza</u>,
        07 Cr. 357 (CM)

Dear Judge McMahon:

    I write to request an extension of the surrender date of my client Iqbal Mirza. Mr. Mirza has been directed to surrender to FMDC Devens on September 8, 2008 in Ayers, Massachusetts. Mr. Mirza is a practicing Muslim and the five week fast of Ramadan commences on September 4, 2008 and concludes on October 10, 2008. I am concerned that since his surrender date is during Ramadan that Mr. Mirza will be in a weakened condition and believe it would be better if he surrenders approximately one week after Ramadan. I request that Mr. Mirza be permitted to surrender on October 20, 2008.

    I discussed this request with Assistant William Stellmach and he has no objection.

    Thank you for your consideration of this request.

                              Respectfully yours,
                              Thomas F. X. Dunn

Cc: William Stellmach, AUSA